IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DEAN, SR., | No. C 14-3429 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARRIOTT INTERNATIONAL INC., JOHN NESS, and DOES 1 to 50, inclusive, | |
| Defendants. | |

The Court having been advised by the ADR unit that the parties reported they settled the above-titled action prior to the court-sponsored mediation date,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: January 7, 2015

MAXINE M. CHESNEY
United States District Judge