IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DEAN, SR., | No. C 14-3429 MMC |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE; DIRECTIONS TO PARTIES** |
| v. | |
| MARRIOTT INTERNATIONAL INC., JOHN NESS, and DOES 1 to 50, inclusive, | |
| Defendants. | |

The Court is in receipt of defendant Marriott International Inc.'s ("Marriott") letter, filed March 13, 2015, by which filing Marriott states plaintiff has failed to execute and return the settlement agreement in the above-titled action.

In light thereof, the Court hereby SETS a status conference for April 17, 2015. No later than April 10, 2015, the parties shall submit a Joint Status Conference Statement, apprising the Court of the status of the settlement and their respective positions as to further proceedings in the matter.

**IT IS SO ORDERED.**

Dated: March 25, 2015

MAXINE M. CHESNEY
United States District Judge