1  EDWARD C. CASEY, JR., ESQ.   CSB:  123702
   Law Offices of Edward C. Casey, Jr.
2  492 9TH Street, Suite 260
   Oakland, California 94107
3  Telephone: 510.251.2300
4
   Attorneys for Plaintiff
5  FRANK DEAN, SR.

6              IN THE UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  FRANK DEAN, SR.,                )   Case No. C-14-03429 MMC
                                   )
10              Plaintiff,          )   STIPULATION TO ALLOW
                                   )   PLAINTIFF'S COUNSEL TO APPEAR
11                                  )   AT STATUS CONFERENCE
        v.                         )
12                                  )   BY TELEPHONE; ORDER ~~THEREON~~
   MARRIOTT INTERNATIONAL, et al,  )   DIRECTING ALL PARTIES TO APPEAR
13                                  )   BY TELEPHONE
                                   )
14              Defendants.         )
                                   )   Jury Trial Demanded
15 _____  )

16        Whereas:
17
          1. This matter is set for Status Conference on April 17, 2015 at 10:30 a.m. in
18
   Courtroom 7 of the United States District Court for the Northern District of California,
19
   located 455 Golden Gate Avenue, San Francisco, California before the Honorable Maxine M.
20
   Chesney; and
21
          2.  Plaintiff's counsel is also scheduled to appear on April 17, 2015 at 9:00 a.m. in
22
23 Department 34 (Judge George Spanos) of the Contra Costa Superior Court in Martinez,
24
25
                                            1
26
   _____
27   Stipulation To Allow Plaintiff's Counsel to Appear at Status Conference by Telephone;
                                      Order Thereon

1. California for a hearing on two (2) motions for summary judgment in *Woods v. Nolan et al*, Case No.: C12-00505; and

3. It is doubtful that Plaintiff's counsel's will be able to timely arrive in San Francisco for the subject Status Conference after completion of the hearing(s) in Martinez;

Therefore, the parties to this action hereby stipulate to allow Plaintiff's counsel to appear at the subject Status Conference by telephone.

LAW OFFICES OF EDWARD C. CASEY JR.

Dated: April 15, 2 015          _____/s/_____
                                Edward C. Casey Jr.
                                Attorneys for Plaintiff Frank Dean, Sr.


CURLEY, HESSINGER & JOHNSRUD LLP

Dated: April 15, 2015          _____/s/_____
                                By: Victoria R. Carradero, Esq.
                                Attorneys for Defendant Marriott International


**ORDER ON STIPULATION**

The stipulation of the parties having been read and considered and good cause appearing, it is hereby ordered that ~~Plaintiff's counsel may~~ all parties shall appear at the Status Conference in this matter on Friday, April 17, 2015 at 10:30 a.m. by telephone.

Dated: __April 15, 2015__          _/s/ Maxine M. Chesney_____
                                    Honorable Maxine M. Chesney
                                    Judge of the U.S. District Court,
                                    Northern District of California

2

Stipulation To Allow Plaintiff's Counsel to Appear at Status Conference by Telephone; Order Thereon